Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Attorney of Record: Amy Bennecoff Ginsburg (AB0891)
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KIRBY, | Case No.: 3:15-cv-06579-PGS-LHG |
| Plaintiff | |
| v. | |
| VERDE ENERGY USA, INC., | |
| Defendant | |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES NOW the Plaintiff, Jennifer Kirby, by and through her attorney, Amy Lynn Bennecoff Ginsburg of Kimmel & Silverman, P.C., and hereby notifies the Court and Defendant that Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68 is hereby accepted. A copy of the Defendant's Rule 68 Offer is attached hereto for the Court's reference and is identified as Exhibit "A".

Dated: October 23, 2015                                  KIMMEL & SILVERMAN, P.C.
                                                         By: /s/ Amy L. Bennecoff Ginsburg
                                                         Amy L. Bennecoff Ginsburg, Esq.
                                                         Attorney for Plaintiff