UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Jennifer Kirby<br>    Plaintiff | Civil Action No. 15-cv-6579 (PGS) |
| v.<br>Verde Energy USA, Inc.<br>    Defendant. |  |

ORDER

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 14th day of January, 2016,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.

RECEIVED

JAN 1 5 2016

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK